# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES M. BYRD, JR., | § | |
|     Plaintiff, | § | Civil Action No.5:20-cv-01923 |
| | § | |
| v. | § | Judge Adams |
| | § | |
| PEPSICO/FRITO-LAY, | § | |
|     Defendants. | § | |

## EXHIBIT C TO NOTICE OF REMOVAL

Defendants PEPSICO, INC. and FL TRANSPORTATION, INC., through undersigned counsel, submit the attached Exhibit C to the Notice of Removal filed with this Court on August 28, 2020.

Respectfully submitted,

  */s/ Karen Soehnlen McQueen*
**Karen Soehnlen McQueen** (#0016830)
**Marcus L. Wainwright** (#0078353)
**KRUGLIAK, WILKINS, GRIFFITHS**
**& DOUGHERTY CO., L.P.A.**
4775 Munson Sheet, N.W./P.O. Box 36963
Canton, Ohio 44735-6963
Phone: (330) 497-0700
Fax: (330) 497-4020
Email:  kmqueen@kwgd.com
Email:  mwainwright@kwgd.com

and

**Raymond A. Cowley**
Texas State Bar No. 04932400
(*Pro Hac Vice Application to be Submitted*)
**DYKEMA GOSSETT, PLLC**
1400 North McColl Rd., Suite 204
McAllen, Texas 78501
Telephone: (956) 984-7400
Facsimile:  (956) 984-7499
Email:  rcowley@dykema.com

**ATTORNEYS FOR DEFENDANTS**

02729859-1 / 31404.00-0002

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2020, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF electronic filing system, and also served via U.S. Certified Mail, Return Receipt Requested, on the following:

**James M. Byrd, Jr.**
*Pro Se Plaintiff*
3726 Heatherwood Circle
Canton, Ohio 44720

                                         */s/ Karen Soehnlen McQueen*
                                         **Karen Soehnlen McQueen** (#0016830)
                                         **Marcus L. Wainwright** (#0078353)
                                         **KRUGLIAK, WILKINS, GRIFFITHS**
                                         **& DOUGHERTY CO., L.P.A.**

>  **EXHIBIT**
>  **C**

## IN THE COURT OF COMMON PLEAS
## STARK COUNTY, OHIO

| | |
|---|---|
| **JAMES M. BYRD, JR.,** | CASE NO. 2020 CV 01108 |
| Plaintiff, | JUDGE HEATH |
| vs. | |
| **PEPSICO/FRITO-LAY,** | |
| Defendant. | |

## NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that Defendants, PepsiCo, Inc. and FL Transportation, Inc., by and through counsel, with full reservation of all rights and defenses, have removed the above-captioned case to the United States District Court for the Northern District of Ohio, pursuant to federal law. A copy of the Notice of Removal that was filed in the U.S. District Court is attached hereto as Exhibit "A". Pursuant to 28 U.S.C. § 1446(d), service of this Notice of Filing of Notice of Removal effects removal and the Court of Common Pleas may not proceed any further unless and until the case is remanded.

02727697-1 / 31404.00-0002

*[signature]*

Karen Soehnlen McQueen (0016883) and
Marcus L. Wainwright (0078353), of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.
4775 Munson Street, N.W./P.O. Box 36963
Canton, Ohio 44735-6963
Phone: (330) 497-0700/Fax: (330) 497-4020
kmcqueen@kwgd.com; mwainwright@kwgd.com
ATTORNEYS FOR DEFENDANT

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing was served on August 28, 2020, pursuant to Civ.R. 5(B)(2)(c) by mailing it by United States mail to:

**James M. Byrd, Jr.**
*Pro Se Plaintiff*
3726 Heatherwood Circle
Canton, Ohio 44720

*[signature]*

Karen Soehnlen McQueen (0016883) and
Marcus L. Wainwright (0078353), of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.
ATTORNEYS FOR DEFENDANT

02727697-1 / 31404.00-0002

2